THE PEOPLE ex rel. EDWARD WALSH, Respondent, *v.* CHARLES F. MACLEAN et al., POLICE COMMISSIONERS, etc., Appellants.

(Submitted June 16, 1890; decided June 24, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made January 24, 1890, which reversed the proceedings of the defendants, the police commissioners of the police department in the city of New York, removing the relator from the police force, and which restored relator to duty.

*William H. Clark* for appellants.

*Henry A. Gumbleton* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.